AO 245B (Rev. 8/96) Sheet 1 - Judgment :riminal Case

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**ALBERTO NMN VILLALOBOS**
**True Name: JUAN ANTONIO GASCA-ORTEGA**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: 00-124 (MJD/JGL)

Eric Newmark
Defendant's Attorney

THE DEFENDANT:

pleaded guilty to count(s): 1 of the Indictment .

Accordingly, the defendant is adjudged guilty of such count(s), which involves the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841 (b)(1)(B) | Possession with Intent to Distribute Cocaine | 04/09/00 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Special Assessment Amount $ 100 in full and immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **None**
Defendant's Date of Birth: **08/05/74**
Defendant's USM No.: **09391-041**
Alien Registration No.: **A78119582**
Defendant's Residence Address:
**Brookwood #9**
**St. Charles, MN**

Defendant's Mailing Address:

November 15, 2000
Date of Imposition of Judgment

Michael J. Davis
Signature of Judicial Officer

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judicial Officer

November 16, 2000
Date

A true copy in 5 sheet(s)
of the record in my custody.
Certified __________, 2000
by ____________________
Deputy Clerk

FILED NOV 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____
(dist'd)

27

CASE NUMBER: 00-124 (MJD/JGL)
DEFENDANT: ALBERTO NMN VILLALOBOS
True Name: JUAN ANTONIO GASCA-ORTEGA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 37 months .

The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant be housed at FMC Rochester so the defendant can be treated for his back pain.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on ____________________ to ____________________

at __________________________, with a certified copy of this judgment.

__________________________
UNITED STATES MARSHAL

By __________________________
Deputy U.S. Marshal

CASE NUMBER: 00-124 (MJD/JGL)
DEFENDANT: ALBERTO NMN VILLALOBOS
True Name: JUAN ANTONIO GASCA-ORTEGA



# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13,1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit home or her at an time a home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

CASE NUMBER: 00-124 (MJD/JGL)
DEFENDANT: ALBERTO NMN VILLALOBOS
True Name: JUAN ANTONIO GASCA-ORTEGA



## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not commit any crimes, federal, state or local.

2. The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

3. The defendant shall refrain from possessing a firearm, destructive device, any ammunition or other dangerous weapon.

4. The defendant shall comply with the rules and regulations of the INS and, if deported from this country, either voluntarily or in voluntarily, not reenter the United States illegally. Upon any reentry to the United States during the court-ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours.

5. The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

6. The defendant shall be required to undergo mandatory drug testing as set forth by 18 U.S. §§ 3563(a) and 3583(d).

CASE NUMBER: 00-124 (MJD/JGL)
DEFENDANT: ALBERTO NMN VILLALOBOS
True Name: JUAN ANTONIO GASCA-ORTEGA

# STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court:**

Total Offense Level: 21

Criminal History Category: I

Imprisonment Range: 37 to 46 months

Supervised Release Range: 3 to 5 years

Fine Range: $ 7,500 to $ 2,000,000

Fine is waived or is below the guideline range, because of inability to pay.

The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.